# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT KAAKEJIAN, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:24-cv-0011 JLT CDB <br><br> ORDER DISMISSING PLAINTIFF'S FRAUD AND UCL CLAIMS AND REMANDING THE ACTION TO THE STATE COURT BASED UPON THE STIPULATION OF THE PARTIES <br><br> (Doc. 17) <br><br> Kern County Superior Court <br> Case No. BCV-23-104011 |

On July 23, 2024, the Court dismissed Plaintiff's Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code §17200 with leave to amend. Plaintiff's First Amended Complaint filed August 8, 2024, did not include Plaintiff's previous Fraud and UCL claims. (Doc. 14.)

On September 24, 2024, Harout Kaakejian and General Motors LLC, by and through their counsel of record, filed a Stipulation of Maximum Damages Limit, Dismissal of Claims and to Remand Removed Action. The parties stipulated that any and all of Plaintiff's damages shall never, under any circumstance, exceed $75,000. (Doc. 17.) Accordingly, this Court no longer has subject matter jurisdiction over Plaintiff's civil action because the case does not meet the minimum amount in controversy. (*Id.*)

///

Based on the Stipulation of the parties, the Court **ORDERS**:

1. Plaintiff's Fourth and Fifth Causes of Action for Fraud and UCL are **DISMISSED** without further leave to amend, pursuant to this Court's order.
2. Plaintiff's total recovery of any and all damages **SHALL** be capped at $75,000.
3. This action is **REMANDED** to Kern County Superior Court, Case No.: BCV-23-104011.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 25, 2024**__                                    /s/ Jennifer L. Thurston
                                                                                          UNITED STATES DISTRICT JUDGE

2